IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Michael Mills, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *-vs-* | ) | No. 18-cv-___ |
| | ) | |
| Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

# COMPLAINT

Plaintiff Michael Mills, by counsel, alleges as follows:

1.     This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. § 1343.

2.     Plaintiff Michael Mills is an inmate at the Cook County Department of Corrections (CCDOC). He is currently assigned booking number 2018-0623107.

3.     Defendant Cook County is responsible for the health and well-being of inmates remanded to the Sheriff of Cook County.

4.     At all times relevant, the policy at the CCDOC has been that a detainee who is seeking dental treatment for dental pain must complete a Health Service Request Form (HSRF).

5.     The nursing staff at the CCDOC is responsible for collecting HSRFs.

6.     Policy at the CCDOC requires the nursing staff to either fax or scan a HSRF complaining of a toothache to the divisional dental clinic.

7. The policy of defendant Cook County and the dentist assigned to each dental clinic is to delegate sole responsibility to the dental assistant to review HSRFs and schedule appointments.

8. Defendant Cook County, at all times relevant, had a policy that all inmates complaining of a toothache must be seen by a dentist within three business days after receipt of the HSRF by the dental assistant.

9. Since January 1, 2017, hundreds of inmates complaining of a toothache assigned have not been seen within two weeks from the receipt of the HSRF by the dental assistant because there are too many patients complaining of dental pain.

10. Plaintiff was processed into the CCDOC on June 23, 2018 and assigned to Division 6.

11. Soon after intake, plaintiff began submitting HSRFs requesting to see a dentist for significant pain.

12. After waiting weeks without seeing a dentist, plaintiff submitted a grievance seeking treatment for significant pain.

13. Despite this grievance, HSRFs, and many requests to the nursing staff for treatment, plaintiff was not treated for this serious dental pain which caused facial swelling.

14. Plaintiff was transferred to the IDOC on August 24, 2018. Soon after, the IDOC provided plaintiff urgent dental treatment which included an extraction of a lower back tooth and a filling of a tooth on the upper right quadrant. Treatment alleviated plaintiff of his serious dental pain.

-2-

15. Over the past few years, at least twelve individuals have complained about delayed access to dental care at the CCDOC as a result of the policy or widespread practice relating to access to dental care:

    a. In *Zator v. Dart*, 17-cv-6210, the plaintiff submitted a HSRF on June 23, 2016 and waited until August 29, 2016 to see a dentist and to be diagnosed with an abscessed tooth. Plaintiff waited until July 2017 to be transferred to Stroger for oral surgery to remove retained root tips.

    b. In *Dennis v. Dart*, 18-cv-2217, the plaintiff submitted a HSRF on July 19, 2017 and waited until August 9, 2017 to see a dentist where he was diagnosed with an infected tooth.

    c. In *Mhoon v. Dart*, 18-cv-284, the plaintiff alleged he waited months to extract an infected tooth. The plaintiff accepted an offer of judgment for $9,000.

    d. In *Jones v. Dart*, 18-cv-3990, the plaintiff alleged he waited months for a dentist to treat a decaying tooth. The plaintiff accepted an offer of judgment for $7,500.

    e. In *Calvin v. Dart*, 18-cv-1174, the plaintiff alleged he waited months to be transported to Stroger to treat an infected tooth. The plaintiff accepted an offer of judgment for $9,000.

    f. In *Moore v. Dart*, 18-cv-2966, the plaintiff alleged he waited months for a tooth abscess to be treated.

g.  In *Whitney v. Dart*, 18-cv-4475, the plaintiff submitted a
    HSRF on February 16, 2017 for significant dental pain. He
    waited until March 29, 2017 to be seen by a dentist where he
    was diagnosed with decay of two teeth and bleeding gums.
    The plaintiff also alleged he waited until June 2018 for his
    dental pain to be treated.

h.  In *Rios v. Dart*, 18-cv-4891, the plaintiff alleged he submitted
    HSRFs beginning in January 2018 for serious dental pain
    and waited months to be seen by a dentist.

i.  In *Luckett v. Khan*, 18-cv-4687, the plaintiff alleged he broke
    a molar in January 2018, begin submitting HSRFs, and
    waited until April 16, 2018 to have one tooth removed by the
    Stroger oral surgery department.

j.  In *Norwood v. Khan*, 18-cv-4890, the plaintiff alleged he
    requested treatment for an abscessed tooth in February
    2018 and waited until May 2018 to be transferred to Stroger
    to extract a tooth that caused an abscess.

k.  In *Ammons v. Dart*, 18-cv-5271, the plaintiff alleged he
    requested treatment for painful wisdom teeth in February
    2018 and waited until approximately May 2018 to be
    transported to Stroger for treatment.

l.   In *Cullom v. Dart*, 18-cv-5559, the plaintiff alleged that from early July 2018 until at least August 14, 2018 he was not treated for significant dental pain.

16.   For years it has been common knowledge among administrators at the CCDOC that medical care for serious dental pain was inadequately scheduled because of the policy to schedule inmates for dental care.

17.   On September 10, 2013, Dr. Jorelle Alexander, the Cook County Director of Oral Health, sent an email to the Jail's chief dentist and wrote under the heading "Scheduling," that the "[c]urrent process is inefficient" and that "[r]eturn appointments as well as grievances, HSRF, etc are not being scheduled appropriately."

18.   Defendant Cook County has known that over the past two years inmates complaining of toothaches are routinely not seen within two weeks by a dentist after submitting an HSRF complaining of dental pain. Defendant knows the delayed access to a dental provider causes inmates to suffer prolonged and gratuitous pain.

19.   Defendant Cook County is aware that inmate grievances concerning dental treatment ranks in the top ten complaints at the CCDOC.

20.   Defendant has not taken reasonable measures to correct this policy which has caused and continues to cause inmates, like plaintiff, to suffer unnecessary and gratuitous dental pain.

21.   For the reasons above stated, the policy or widespread practices relating to dental care was deliberately indifferent to plaintiff's rights secured by

the Fourteenth Amendment to the United States Constitution and was the moving force behind his prolonged dental pain.

22.    Plaintiff demands trial by jury on his claim for damages.

It is therefore respectfully requested that the Court grant appropriate compensatory damages against defendant, and that the costs of this action, including attorney's fees, be taxed against defendant Cook County.

/s/   Patrick W. Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Ste. Rear
Chicago, Illinois 60643
patrickmorrissey1920@gmail.com
(773) 233-7900

*Attorney for Plaintiff*